### HELEN LIABLE, PLAINTIFF, v. WOODHULL & MARTIN COMPANY, DEFENDANT.

Decided June 7, 1923.

**Damages—Amount of Award.**

On defendant's rule to show cause.

Before GUMMERE, CHIEF JUSTICE, and Justices SWAYZE and TRENCHARD.

For the defendant, *McDermott, Enright & Carpenter.*

For the plaintiff, *Robert Newton Crane.*

PER CURIAM.

The only question we need decide is the amount of the damages. The jury awarded $2,500. We think that a verdict of $1,500 would be as much as could be fairly awarded. Let the rule be made absolute, unless the plaintiff will consent to have the verdict reduced to the amount we have indicated.